## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**VICTOR SANTIAGO COLON, et als.,**
Plaintiffs,

**CIVIL NO. 03-2155 (DRD)**

v.

**AMERICAN AIRLINES, et als.,**
Defendants

### JUDGMENT BY STIPULATION

    Plaintiff and Defendants have filed a joint motion requesting the dismissal with prejudice of the instant claim pursuant to Fed.R.Civ.P. 41(a)(1)(ii). (Docket No. 10). They inform the Court that they have reached a settlement which resolves all claims between them. As a result, they have executed a confidential settlement agreement and mutual release of the claims.

    Accordingly, the Court hereby **DISMISSES WITH PREJUDICE** all claims against the defendants pursuant to that agreed by the parties in the confidential release.

    Finally, the Court shall retain jurisdiction for compliance purposes.

**IT IS SO ORDERED, ADJUDGED, AND DECREED**.

S/ Daniel R. Domínguez
**DANIEL R. DOMINGUEZ**
U.S. District Judge

**Date**: January 11, 2006